IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

This Document Relates To:

Cases from the law firm of
Cascino Vaughan Law Offices, Ltd.

U.S. DISTRICT COURT FOR THE WESTERN
DISTRICT OF WISCONSIN
Kappel v. CBS Corporatoin, et al.,
Case No. 97C0154C

Civil Action No. MDL 875

### ORDER APPOINTING SPECIAL ADMINISTRATOR

This matter coming to be heard on the plaintiff's motion for appointment of Special Administrator and to amend the complaint to reflect said appointment, it is hereby ordered:

1. Donna M Kappel is appointed Special Administrator solely for the purposes of pursuing the above lawsuit.

2. The complaint is hereby amended on its face substituting Donna M Kappel, individually and as special administrator for the estate of Laurence J Kappel, as plaintiff herein.

Date: 1/29/09

Honorable Eduardo C. Robreno

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)